**Dismissed and Opinion Filed December 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00833-CV

### ERUM AHMED, Appellant
### V.
### MALEK SAMADIAN, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01040-B**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's motion to dismiss the appeal is **GRANTED**. We **DISMISS** the appeal. *See*

TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

160833F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ERUM AHMED, Appellant

No. 05-16-00833-CV      V.

MALEK SAMADIAN, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-16-01040-B.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

We **ORDER** that appellee MALEK SAMADIAN recover his costs of this appeal from appellant ERUM AHMED.

Judgment entered December 12, 2016.